IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNESBOROUGH COUNTRY CLUB OF CHESTER COUNTY : | |
| Plaintiff, : | |
| v. : | |
| : | |
| DIEDRICH NILES BOLTON ARCHITECTS, INC., NILES BOLTON ASSOCIATES, INC., A. RAY DOUGLAS, JR., : | CIVIL ACTION |
| Defendants : | |
| and : | |
| : | NO. 07-155 |
| DIEDRICH NILES BOLTON ARCHITECTS, INC., NILES BOLTON ASSOCIATES, INC., A. RAY DOUGLAS, JR., : | |
| Third-Party Plaintiffs : | |
| v. : | |
| : | |
| EHRET CONSTRUCTION COMPANY, INC., : | |
| Third-Party Defendant. : | |

**O R D E R**

AND NOW, this 17th day of May 2011, upon consideration of Plaintiff Waynesborough's Motion to Amend (Doc. No. 83), Defendant Niles Bolton's Response in Support (Doc. No. 84) and Third-Party Defendant Ehret's opposition thereto (Doc. No. 85), and for the reasons stated in the accompanying Memorandum, Plaintiff's Motion is hereby DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE