IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNESBOROUGH COUNTRY CLUB OF CHESTER COUNTY : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DIEDRICH NILES BOLTON ARCHITECTS, : <br> INC., NILES BOLTON ASSOCIATES, INC., : <br> A. RAY DOUGLAS, JR., : <br> Defendants : <br> : <br> and : <br> : <br> DIEDRICH NILES BOLTON ARCHITECTS, : <br> INC., NILES BOLTON ASSOCIATES, INC., : <br> A. RAY DOUGLAS, JR., : <br> Third-Party Plaintiffs : <br> : <br> v. : <br> : <br> EHRET CONSTRUCTION COMPANY, INC. : <br> Third-Party Defendant. : | CIVIL ACTION <br><br> NO. 07-155 |

**ORDER**

AND NOW, this 24th day of October 2011, upon consideration of Third-Party Defendant's Motion for Partial Summary Judgment (Docket No. 53), Third-Party Plaintiffs' Response (Docket No. 70), Third-Party Defendant's Reply (Docket No. 71), and all supplemental briefing thereto (Docket Nos. 89, 90, 96, 97), it is hereby **ORDERED** that the Motion for Partial Summary Judgment is **DENIED** as outlined in the accompanying memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE