IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNESBOROUGH COUNTRY CLUB OF CHESTER COUNTY | : : | |
| Plaintiff, | : : | |
| v. | : : | |
| DIEDRICH NILES BOLTON ARCHITECTS, INC., NILES BOLTON ASSOCIATES, INC., A. RAY DOUGLAS, JR., | : : : | CIVIL ACTION |
| Defendants | : : | |
| and | : : | |
| | : | NO. 07-155 |
| DIEDRICH NILES BOLTON ARCHITECTS, INC., NILES BOLTON ASSOCIATES, INC., A. RAY DOUGLAS, JR., | : : : | |
| Third-Party Plaintiffs | : : | |
| v. | : : | |
| EHRET CONSTRUCTION COMPANY, INC. | : | |
| Third-Party Defendant. | : | |

**ORDER**

AND NOW, this 24th day of October 2011, upon consideration of Third-Party Defendant's Motion for Partial Summary Judgment (Docket No. 53), Third-Party Plaintiffs' Response (Docket No. 70), Third-Party Defendant's Reply (Docket No. 71), and all supplemental briefing thereto (Docket Nos. 89, 90, 96, 97), it is hereby **ORDERED** that the Motion for Partial Summary Judgment is **DENIED** as outlined in the accompanying memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE